

**The Law Offices of**
## PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102, Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta "

FILED
DISTRICT COURT OF GUAM

OCT 31 2018

JEANNE G. QUINATA
CLERK OF COURT

Attorneys for Chamorro Land Trust Commission

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. CV17-00113 |
| Plaintiff, | ) | |
| vs. | ) | **CHAMORRO LAND TRUST COMMISSION'S JOINDER IN CO-DEFENDANTS GOVERNMENT OF GUAM and the ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)** |
| GOVERNMENT OF GUAM; CHAMORRO LAND TRUST COMMISSION; and ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST COMMISSION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendant, CHAMORRO LAND TRUST COMMISSION, through its attorneys of record, The Law Offices of Phillips & Bordallo, P.C., by Michael F. Phillips, hereby joins in the REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) filed by Co-Defendants GOVERNMENT OF GUAM and ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST, represented by the Attorney General of Guam, by Deputy Attorney General Kenneth Orcutt on October 30, 2018. Defendant, CHAMORRO LAND TRUST COMMISSION, incorporates all such pleadings, points and authorities, declarations and other evidence submitted by Co-Defendants GOVERNMENT OF GUAM and

DEFENDANT CHAMORRO LAND TRUST COMMISSION'S JOINDER IN CO-DEFENDANTS GOVERNMENT OF GUAM and the ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)
United States of America vs. Government of Guam, et. al
District Court Case No. CV17-00113

ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST in support of Defendant CHAMORRO LAND TRUST COMMISSION's Joinder.

Dated this 31st day of October, 2018.

PHILLIPS & BORDALLO, P.C.
Attorneys for Defendant
*Chamorro Land Trust Commission*

By: _____
MICHAEL F. PHILLIPS