ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
SAMEENA SHINA MAJEED
Chief
R. TAMAR HAGLER
Deputy Chief
KATHRYN LEGOMSKY
MAX LAPERTOSA
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Northwestern Building, 7th Floor
Washington, D.C. 20530
Phone: (202) 616-2450
Fax: (202) 514-1116

MIKEL W. SCHWAB
JESSICA F. WESSLING
Assistant U.S. Attorneys
District of Guam and the Northern Mariana Islands
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Phone: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM; CHAMORRO LAND TRUST COMMISSION; and ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST COMMISSION,<br><br>Defendants. | CIVIL CASE NO. 17-00113<br><br>**UNITED STATES' UNOPPOSED MOTION FOR BIFURCATION OF HEARING ON CROSS-MOTIONS FOR JUDGMENT ON THE PLEADINGS** |

COMES NOW, the United States of America ("Plaintiff"), by and through its undersigned counsel and hereby files this Unopposed Motion for Bifurcation of Hearing on Cross-Motions for Judgment on the Pleadings. Plaintiff requests that its Motion for Partial Judgment, ECF No. 34, and the Motion for Judgment on the Pleadings of the Government of Guam, Chamorro Land Trust Commission, and the Administrative Director of the Chamorro Land Trust Commission (collectively, "Defendants"), ECF No. 35, be argued separately and sequentially, with separate U.S. Department of Justice ("DOJ") attorneys handling each of the motions. In support of this unopposed motion, the Plaintiff states the following.

On August 31, 2018, the Plaintiff filed a Motion for Partial Judgment on the Pleadings and Memorandum of Points and Authorities, ECF No. 34, and the Defendants filed their Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), ECF. No. 35. The parties filed timely oppositions and replies to the respective motions. *See* ECF Nos. 37, 38, 39, 40, 43, 44 and 45. The Court set a Motion Hearing for November 29, 2018 for these motions. ECF No. 36.

In the interest of efficiency and clarity, the Plaintiff requests that the hearing be bifurcated so the parties' motions may be argued sequentially. Plaintiff further requests that its DOJ counsels, Kathryn Legomsky and Max Lapertosa, who will be traveling from Washington D.C. for the hearing, be permitted to argue the separate motions. This will better assist the Court in evaluating the distinct issues raised in each cross-motion.

The Plaintiff's undersigned counsel contacted counsels for the Defendants, Kenneth Orcutt and Michael F. Phillips, regarding the request and on November 13, 2018, Mr. Orcutt and Mr. Phillips indicated that they have no objection to this motion.

//

//

//

WHEREFORE, the Plaintiff respectfully requests that the Court issue an Order granting its Unopposed Motion for Bifurcation of Hearing on Cross-Motions for Judgment on the Pleadings.

RESPECTFULLY SUBMITTED this 13th day of November, 2018.

|  |  |
|---|---|
| s/ Jessica F. Wessling<br>MIKEL W. SCHWAB<br>JESSICA F. WESSLING<br>Assistant U.S. Attorneys<br>District of Guam and the<br>Northern Mariana Islands | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br><br>s/ Kathryn Legomsky<br>SAMEENA SHINA MAJEED<br>Chief<br>R. TAMAR HAGLER<br>Deputy Chief<br>KATHRYN LEGOMSKY<br>Trial Attorneys<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>Civil Rights Division |