IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 17-00113 |
| Plaintiff, | ) ) | ORDER DENYING UNOPPOSED MOTION TO BIFURCATE HEARING ON CROSS-MOTIONS FOR JUDGMENT ON THE PLEADINGS |
| vs. | ) | |
| GOVERNMENT OF GUAM; CHAMORRO LAND TRUST COMMISSION; and ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST COMMISSION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER DENYING UNOPPOSED MOTION TO BIFURCATE HEARING ON CROSS-MOTIONS FOR JUDGMENT ON THE PLEADINGS**

The United States of America has filed an unopposed motion to have separate hearings on the cross-motions for judgment on the pleadings. That motion is denied because granting the motion would mean that issues central to both motions would necessarily be argued twice. The court will allow each side to have different attorneys argue different issues, but no more than two attorneys may argue for each side.

IT IS SO ORDERED.

DATED: Honolulu, November 14, 2018.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge