# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-17-00113　　　　　　　　　　DATE: November 29, 2018
CAPTION: USA vs. Government of Guam, et al.

---

HON. SUSAN OKI MOLLWAY, Designated Senior Judge, Presiding

| | |
|---|---|
| Law Clerk: Ken May, via telephone | Court Recorder: Virginia T. Kilgore |
| Courtroom Deputy: Virginia T. Kilgore | Hearing Times: 8:58 - 10:02 |
| | 10:03 - 10:40 |
| | 10:57 - 11:49 |

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Max Lapertosa | Kenneth Orcutt, Government of Guam and |
| Kathryn Legomsky | 　Administrative Director of the Chamorro Land Trust Commission |
| | Michael Phillips, Chamorro Land Trust Commission |

---

**PROCEEDINGS: Motion for Partial Judgment on the Pleadings (ECF No. 34)**
**Motion for Judgment on the Pleadings (ECF No. 35)**

- Motions argued by <u>Plaintiff and Defendant</u>.
- Motions <u>under advisement</u>.
- The Court inquired with parties if they explored the possibility of holding a settlement conference. If parties thought it would be fruitful, Magistrate Judge Kurren may be available if given advance notice.

NOTES: