ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
SAMEENA SHINA MAJEED
Chief
R. TAMAR HAGLER
Deputy Chief
KATHRYN LEGOMSKY
MAX LAPERTOSA
ALAN MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.—4 CON
Washington, D.C. 20530
Phone: (202) 305-1077
Fax: (202) 514-1116

*Attorneys for the United States of America*

OFFICE OF THE ATTORNEY GENERAL
LEVIN TAITANO CAMACHO
Attorney General of Guam
Litigation Division
590 South Marine Corps Drive, Suite 802
Tamuning, Guam 96913
Phone: (671) 475-3324
Fax: (671) 472-2493

*Attorneys for the Government of Guam and the Administrative Director of the Chamorro Land Trust Commission*

LAW OFFICES OF PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive, Suite 102
Hagåtña, Guam 96910-5044
Phone: (671) 477-2223
Fax: (671) 477-2329

*Attorneys for the Chamorro Land Trust Commission*

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 17-00113 |
|---|---|
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS** |
| GOVERNMENT OF GUAM; CHAMORRO LAND TRUST COMMISSION; and ADMINISTRATIVE DIRECTOR OF THE CHAMORRO LAND TRUST COMMISSION, | |
| Defendants. | |

Plaintiff, the United States of America, and defendants, the Government of Guam, the Chamorro Land Trust Commission, and its Administrative Director ("Parties") respectfully move this Court to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2) and the attached settlement agreement, which the Parties executed on June 4, 2020, and which resolves the United States' claims against defendants. As stated in Paragraph 34 of the settlement agreement, the Parties agree that this case should be dismissed with prejudice, except that the parties request that this Court retain jurisdiction to consider the United States' unopposed motion for vacatur pursuant to Paragraph 25 of the settlement agreement. The Parties further agree that each Party shall bear its own attorneys' fees and costs in connection with this case.

Dated: June 4, 2020.

Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

s/ Max Lapertosa
SAMEENA SHINA MAJEED
Chief
R. TAMAR HAGLER
Deputy Chief
KATHRYN LEGOMSKY
MAX LAPERTOSA
ALAN MARTINSON
Trial Attorneys
United States Department of Justice
Housing and Civil Enforcement Section
Civil Rights Division

*Attorneys for the United States*


OFFICE OF THE ATTORNEY GENERAL
Leevin Taitano Camacho, Attorney General

s/ James L. Canto II
JAMES L. CANTO II
Acting Deputy Attorney General

*Attorney for the Government of Guam and the Administrative Director of the Chamorro Land Trust Commission*


PHILLIPS & BORDALLO, P.C.

s/ Michael F. Phillips
MICHAEL F. PHILLIPS

*Attorney for the Chamorro Land Trust Commission*

3