DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - GENERAL

| Case No. | CV 17-00113-SOM | Date | June 23, 2020 |
|---|---|---|---|

| Title | *United States of America v. Government of Guam, et al.* |
|---|---|

Present: The Honorable  SUSAN OKI MOLLWAY, DESIGNATED DISTRICT JUDGE

| Francine A. Diaz | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **MINUTE ORDER GRANTING JOINT MOTION TO DISMISS**

The court grants the Joint Motion to Dismiss. This action is dismissed. The court reserves the right to address the pending motion for vacatur, set for hearing on July 13, 2020.

**IT IS SO ORDERED.**